## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KYLE M. PARKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:24-CV-00838 SPM |
| | ) |
| KENNETH GREGORY, et al., | ) |
| | ) |
| Defendants. | ) |

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff Kyle Parks' pro se complaint. The complaint is defective because it has not been drafted on the Court's form. *See* E.D. Mo. Local Rule 2.06(A). Additionally, plaintiff must either pay the filing fee or file a motion to proceed in forma pauperis along with a certified account statement. *See* 28 U.S.C. § 1915(a).

Because plaintiff is proceeding pro se, the Court will allow plaintiff to file an amended complaint on the Court's form. Plaintiff has twenty-one (21) days from the date of this Order to file an amended complaint in accordance with the specific instructions set forth here. All claims in the action must be included in one, centralized complaint form. *See* Fed. R. Civ. P. 7(a)(1), 8(a).

Additionally, plaintiff is warned that the filing of an amended complaint replaces the original complaint, so plaintiff must include each one of the claims he wishes to pursue in the amended complaint. *See, e.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Any claims that are not included in the amended complaint will be deemed abandoned and will not be considered. *Id*. The allegations in the complaint must show how each defendant is directly responsible for the alleged harms. If plaintiff wishes to sue

defendants in their individual capacities, plaintiff must specifically say so in the amended complaint. If plaintiff fails to sue defendants in their individual capacities, this action may be subject to dismissal.[1]

All of plaintiff's claims should be clearly set forth in the "Statement of Claim." If plaintiff fails to file an amended complaint on the Court's form within twenty-one (21) days and in compliance with the Court's instructions, the Court will dismiss this action without prejudice and without further notice. Additionally, if plaintiff fails to either pay the full filing fee or file a motion to proceed in forma pauperis accompanied by a certified account statement within twenty-one (21) days, his complaint will also be subject to dismissal.[2]

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's Prisoner Civil Rights Complaint Form.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the form for filing a motion to proceed in forma pauperis in prisoner actions.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court's form within twenty-one (21) days of the date of this Order.

---

[1] In his complaint, plaintiff attempts to bring civil rights claims against various St. Louis City public officials seeking to overturn his 2015 arrest and subsequent conviction in this Court. *See United States v. Parks,* No. 4:15CR553 JAR (E.D.Mo.). Plaintiff asserts that he is bringing claims for "dereliction of duty, dereliction of public trust, dereliction of office and misprision of felony" against defendants Kenneth Gregory, Craig Molder, Trent Van Buren and Tishaura Jones.

[2] A review of this Court's files shows that plaintiff has previously brought at least three civil actions that were dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See Parks v. Queen, et al.,* No. 4:20-CV-1286 PLC (E.D. Mo) (case dismissed as *Heck-*barred; *Parks v. Marcus, et al.*, No. 4:17-CV-1286 NCC (E.D. Mo) (case dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)); *Parks v. Direct Express Card Services, et al.,* No. 4:18-CV-1385 JMB (E.D. Mo) (case dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)). Therefore, the Court cannot permit plaintiff to proceed in forma pauperis unless he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). A review of the complaint does not elucidate such a claim.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $400 filing fee **or** submit a motion to proceed in forma pauperis, along with a certified account statement within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 18th day of June, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE